# ALABAMA COURT OF CRIMINAL APPEALS



October 11, 2024

**CR-2022-0831**
Justin White v. State of Alabama (Appeal from Jefferson Circuit Court:  CC-09-1813.61)

## NOTICE

You are hereby notified that on October 11, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk